UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Niiokine Abbeyea                                      Chapter 13
                                                              Case No.  18-23455
Debtor.

# Chapter 13 Plan

Address:        Debtor    4522 Sandy Park, Memphis, TN 38115

Plan Payment:

Debtor Shall Pay:    $235.00 Every Two Weeks
    Or by:  (X) Payroll Deduction    Parkwood Hospital, 8135 Goodman Road, Olive Branch, MS 38654

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                                    (X) Yes   ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim   ( ) Yes  (X) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                                  ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:     ( ) Included in Plan     Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  (X) Wage Assignment   ( ) Trustee To:       Monthly Pmt.
   Shelby County Child Support    ongoing payment begins
   (A. Davis)
                                  Approximate arrearage
                                  ongoing payment begins
                                  Approximate arrearage

5. Priority Claims:                                                                             Monthly Pmt.
                                                        Amount
                                                        Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:              Monthly Pmt.
   DiTech                     ongoing payment begins    July 2017                                 $328.33
                              Approximate arrearage    $2,600.00    Interest    0.00%             $44.00
                              ongoing payment begins
                              Approximate arrearage                 Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value     Interest Rate    Monthly Pmnt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

|  | Collateral |  |
|---|---|---|
|  | Collateral |  |

10. Special Class Unsecured Claims:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

11. Student Loan Claims and Other Long Term Claims:

|  | ( ) Not Provided For | ( ) General Unsecured Creditor |
|---|---|---|
|  | ( ) Not Provided For | ( ) General Unsecured Creditor |

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    (X) __100%__ ;
    Or  ( ) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

|  | ( ) Assume | ( ) Reject |
|---|---|---|
|  | ( ) Assume | ( ) Reject |

17. Completion:    Plan shall be completed upon payment of the above, approximately __60__ months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

   /s/ Jimmy E. McElroy  TN Bar #011908                    Date __April 27, 2018__
   Debtor's Attorney's Signature

May 3, 2018

910 > October 30, 2015